IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT M. FUSON, Pro per,

      Movant,       No. 2:08-cv-0320 FCD JFM (PC)

      vs.

MIKE MARTEL, (Warden A)

      Respondent.    ORDER

_____/

  On February 11, 2008, movant, a state prisoner proceeding pro se, filed a motion that was opened as the above-captioned action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

  On , the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. Movant has not filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1       1. The findings and recommendations filed June 20, 2008, are adopted in full;
2 and
3       2. This action is dismissed without prejudice.
4 DATED: July 18, 2008.

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE